UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DANE MOREAU | CIVIL ACTION NO. 6:21-cv-00419 |
| VERSUS | JUDGE SUMMERHAYS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to evaluate whether the claimant's impairments meet or medically equal the severity of Listings 12.04 and 12.06 under both Paragraph B and Paragraph C of

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

the listings. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

Signed at Lafayette, Louisiana, this 11th day of January, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE